1  Michael J. McCue
   State Bar No. 6055
2  John E. Bragonje
   State Bar No. 9519
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
5  E-mail:jbragonje@lrrc.com

6  *Attorneys for Plaintiff House Advantage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| House Advantage, LLC, a Nevada limited liability company, | Case No. 2:18-cv-01049-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING REGARDING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| Droisys, Inc., a California corporation; Does 1 to 10, inclusive, | |
| Defendants. | |
| Droisys, Inc., a California corporation | |
| Counter-Claimant. | |
| vs. | |
| House Advantage, LLC, a Nevada limited liability company, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant House Advantage, LLC ("House Advantage") and Defendant/Counter-Claimant Droisys, Inc. ("Droisys"), agree to continue the hearing presently set for Monday, November 19, 2018, regarding their Proposed Discovery Plan and Scheduling Order to a time and date the court deems necessary.

The parties desire the additional time to pursue settlement negotiations.

Dated: this     day of November, 2018.        Dated: this     day of November, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP     HOLLEY DRIGGS WALCH FINE
WRAY PUZEY & THOMPSON, LTD.

By: */s/ John E. Bragonje*                  By: */s/ Kimberly P. Stein*

    Michael J. McCue                         James D. Boyle
    State Bar No. 6055                      State Bar No. 8384
    John E. Bragonje                        Kimberly P. Stein
    State Bar No. 9519                      State Bar No. 8675
    3993 Howard Hughes Pkwy, Suite 600       400 South Fourth Street, Third Floor
    Las Vegas, NV 89169-5996               Las Vegas, NV 89101
    Tel: 702.949.8200                       Telephone: 702.791.0308
    jbragonje@lrrc.com                     kstein@nevadafirm.com
    *Attorneys for Plaintiff House Advantage LLC*     *Attorneys for Defendant Droisys, Inc.*

### ORDER

     IT IS SO ORDERED that the scheduling conference set for November 19, 2018, is
VACATED and CONTINUED to **10:30 a.m., December 4, 2018** in Courtroom 3B.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:    November 16, 2018

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _____
    Michael J. McCue
    State Bar No. 6055
    John E. Bragonje
    State Bar No. 9519
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200
    jbragonje@lrrc.com

    *Attorneys for Plaintiff House Advantage LLC*